IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WILLIAM CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1342-MLB |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,530.60.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,530.60**. At Plaintiff's request, payment should be made directly to Plaintiff's attorneys Troutman & Troutman, P.C.

IT IS SO ORDERED.

Dated this 1st day of December, 2005.

                                                                    s/Monti Belot
                                                                    Monti L. Belot
                                                                    UNITED STATED DISTRICT JUDGE

APPROVED BY:


By   s/Steve A. Troutman
Steve A. Troutman, Bar No. 19730
TROUTMAN & TROUTMAN, P.C.
717 South Houston, Suite 404
Tulsa, Oklahoma 74127
Tel: (918) 587-0050
Fax: (918) 587-0006
E-mail: steve@troutmanlaw.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney


By   s/Connie R. DeArmond
CONNIE R. DeARMOND, Ks. S. Ct. #12984
Assistant United States Attorney
1200 Epic Center
301 N. Main Street
Wichita, Kansas 67202
Tel: (316) 269-6481
Fax: (316) 269-6484
E-mail: connie.dearmond@usdoj.gov

Attorneys for the United States